IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ELI WEST                                                                           PLAINTIFF

v.                              No: 2:21-cv-15-DPM

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a Regional One
Health and AVECTUS HEALTHCARE
SOLUTIONS, LLC                                                                  DEFENDANTS

ORDER

West's motion to dismiss, *Doc. 23*, will be granted. Jurisdiction over the interpleaded funds was transferred to this Court automatically upon removal. 28 U.S.C. § 1450. The Court therefore asks the Circuit Court of Crittenden County, by copy of this Order, to release the funds in full to Shelby County Healthcare Corporation, or alternatively, to transfer the funds directly to the registry of this Court. 28 U.S.C. § 2283. Judgment will issue after Shelby County Healthcare Corporation receives payment.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 October 2021