IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ELI WEST                                                                      PLAINTIFF

v.                              No: 2:21-cv-15-DPM

BHS HOSPITAL SERVICES, INC.;
COGNIZANT TECHNOLOGY SOLUTIONS
US CORPORATION; SHELBY COUNTY
HEALTHCARE CORPORATION d/b/a
Regional One Health; and AVECTUS
HEALTHCARE SOLUTIONS, LLC                          DEFENDANTS

## JUDGMENT

West's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2022